United States Eastern District of Virginia

Richmond Division

Motion To Dismiss & To Declare George A. Yarid a Vexatious Litigant

Plaintiff - George Yarid

Defendant - Shon Brennan et William Markland

Case # 3:16CV756



Dear Judge presiding over this case or to whom it may concern,

Since 2010, Mr. Yarid has almost annually filed frivolous lawsuits in his perpetual attempt to intimidate and silence his online detractors (Yarid v. Gibson et al (3:10-cv-00143), George Yarid v. Jean Gibson (0:10-cv.pr-01404), Yarid v. Harman et al (3:12-cv-00237), George Yarid v. Layton Harman (0:13-cv.pr-01048), Yarid v. Harman et al (3:14-cv-00112) and Yarid v. Brennan (3:15-cv-00326)). The cases filed previous to this one have all been dismissed due to Yarid's continued failure to provide credible evidence against his defendants as well as his obliviousness concerning copyright law.

The works in question fall under Fair Use, specifically the clause of parody and criticism. He regularly abuses YouTube's reporting system (even after YouTube has ruled against him in the past), consequently terminating a number of my accounts there. In addition, Mr. Yarid submitted his copyright illegally by paying for a single application when he in fact submitted multiple works.

As for Mr. Yarid's allegations of harassment, he is actually the one who usually initiates online contact with me, and his correspondence with me is peppered with threats, including threats of bodily harm, which I will attach below. He has also harassed friends and members of my family, contacting them in with the intention of extracting information about me.



**george yarid**     Sep 22

to me

Have you ever heard of the mongols bitch? You'll be up and close in person with these people soon enough.

**george yarid**     Sep 22

to me

Hey faggot your obsession will be your DEMISE!!



george yarid     Sep 25
to me

I swear to god you are going to wish you weren't ever born. I'm going to do something your parents should've done long ago.

george yarid     Oct 9 (2 days ago)
to me

Whats with the obsession little bitch. I would strangle the living shit out of you if said that to my face.

Oddly, these threats persist even after the filing of his latest suit. Additional attempts to intimidate and silence me and others are included in the links attached below, as well as slanderous remarks including that I molest Japanese kids, that I beat my Mother, can't tell the differences between right & left, I was born with fetal alcohol syndrome, etc.

Gorgeous George Show addressing a certain individual.

https://youtu.be/0Qw4pr8MAhs

Gorgeous George Show

https://youtu.be/bMYH44ChOXo

Gorgeous George Show

https://youtu.be/G3vAMZx4Ns4

In conclusion, I move for dismissal of this case and for Mr. Yarid to be declared a Vexatious Litigant. In all his previous filings, he has never produced the necessary evidence for them to continue, and that trend will certainly continue should you let this current attempt at litigation continue unabated.

Thank you in advance for your consideration.

Very respectfully,

Shon Brennan