AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| George A. Yarid | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:16-cv-00756-JAG |
| | ) | |
| Shon Brennan, *et al.* | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Youtube, LLC
    901 Cherry Avenue
    San Bruno, California 94066


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    George A. Yarid
    1307 Stoney Creek Drive
    Henrico, Virginia 23238

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Fernando Galindo, Clerk*

CLERK OF COURT

Date:    03/16/2017                              *[signature]*

                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-756-JAG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __YOUTUBE LLC__
was received by me on *(date)* __3/24/17__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __ANJALI SHRESTHA__, who is
designated by law to accept service of process on behalf of *(name of organization)* __YOUTUBE LLC__
on *(date)* __3/30/17__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ __37.80__ for travel and $ __268.00__ for services, for a total of $ __305.80__.

I declare under penalty of perjury that this information is true.

Date: __3/30/17__

*Server's Signature*

__DAVID M. KEY__
*Printed name and title*

Server's address:
UNITED STATES MARSHALS SERVICE
450 GOLDEN GATE AVENUE
P.O. BOX 36056, RM# 20-6888
SAN FRANCISCO, CA 94102
ATTN: CIVIL

Additional information regarding attempted service, etc:

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| George A. Yarid | 3:16-cv-00756-JAG |
| DEFENDANT | TYPE OF PROCESS |
| Shon Brennan, et al | Summons & Civil Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Youtube, LLC

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
901 Cherry Avenue, San Bruno, California 94066

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

George A. Yarid
1307 Stoney Creek Drive
Henrico, Virginia 23238

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3/3 | No. 83 | No. 11 | /s/ | 3/20/17 |

☑ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
ANJALI SHRESTHIA

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
GOOGLE (LEGAL)
6TH FLOOR
1000 ENTERPRISE
SUNNYVALE, CA

Date: 3/30/17   Time: 1103  ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 260 | 37.80 | $8.00 | 305.80 | | $0.00 |

REMARKS: 3/28/17 - ENDEAVOR - NEEDS TO BE SERVED IN MOUNTAIN VIEW 1 HR, 15 MILES
3/30/17 - WENT TO VARIOUS LOCATIONS BEFORE I FOUND WHERE TO SERVE 3 HR, 55 MILES

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80