IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**SO ORDERED**

/s/ 4/18/17
John A. Gibney, Jr.
United States District Judge

GEORGE YARID,

   *Plaintiff*

v.

SHON BRENNAN, WILLIAM MARKLAND, AND YOUTUBE, LLC,

   *Defendants*

Civil Action No. 3:16-cv-00756-JAG

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Local Rule 7(F)(2), Defendant YouTube, LLC ("YouTube"), by counsel, moves this Court for an extension of time in which to respond to the complaint filed by Plaintiff George Yarid. In support of this Motion, YouTube states as follows:

1. YouTube was served with the summons and Second Particularized Complaint in this action on March 30, 2017;

2. YouTube's response to the Second Particularized Complaint is currently due on April 20, 2017;

3. YouTube has only recently retained counsel in this action, and has met and conferred with Plaintiff to discuss an extension of time in which to respond to the complaint; and

4. Plaintiff has no objection to YouTube's request for an extension, up to and including May 22, 2017, to respond to the Second Particularized Complaint.

Accordingly, YouTube moves this Court to enter the attached Proposed Order granting them up to and including May 22, 2017, to respond to the complaint in this action.

Dated: April 17, 2017                              /s/ *Veronica S. Ascarrunz*

Veronica S. Ascarrunz (VSB No. 67913)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K Street, N.W., Fifth Floor
Washington, D.C. 20006
Telephone:  (202) 973-8843
Facsimile:   (202) 973-8899
*Counsel for YouTube, LLC.*

## CERTIFICATE OF SERVICE

I certify that on April 17, 2017, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following parties:

George Yarid
Pro se Plaintiff
1307 Stoney Creek Drive
Henrico, Virginia 23238
(804) 836-2016
Gorgeousgeorgeshow1@netzero.com

Dated: April 17, 2017

/s/ *Veronica S. Ascarrunz*

Veronica S. Ascarrunz (VSB No. 67913)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K Street, N.W., Fifth Floor
Washington, D.C. 20006
Telephone: (202) 973-8843
Facsimile: (202) 973-8899
*Counsel for YouTube, LLC.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GEORGE YARID,<br><br>*Plaintiff*<br><br>v.<br><br>SHON BRENNAN, WILLIAM MARKLAND, AND YOUTUBE, LLC,<br><br>*Defendants* | Civil Action No. 3:16-cv-00756-JAG |

### [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

IT IS HEREBY ORDERED that the Unopposed Motion to Extend to Respond to Complaint is GRANTED. Defendant YouTube, LLC shall have up to an including May 22, 2017 to respond to the Second Particularized Complaint.

IT IS SO ORDERED.

ENTERED this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE