IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GEORGE YARID,
    Plaintiff,

v.
                                  Civil Action No.    3:16-cv-00756

SHON BRENNAN, et al,
    Defendants.

## ORDER

This matter comes before the Court on the plaintiff's Motion for an Extension of time to Respond to Defendant Youtube and Google's Motion to Dismiss (Dk. No. 37) and the defendant YouTube, LLC's response (Dk. No. 43). Upon due consideration, the Court GRANTS the motion. The plaintiff shall file his opposition to the motion to dismiss by June 30, 2017. YouTube, LLC, shall reply to the opposition by July 13, 2017.

    It is so ORDERED.

    Let the Clerk send a copy of this Order to all counsel of record.

Date: May 31, 2017
Richmond, VA

/s/ John A. Gibney, Jr.
United States District Judge