United States District Court
Eastern District of Virginia
Richmond Division

FILED
JUN 23 2017
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

George A. Yanto
        Plaintiff

V.                              Civil Action N
                                3:16CV00756
Brennan et al                   JAG


More exhibits and case discovery Currently, there is more activity from the defendants stealing material and harassment from both.

Defendant writes a ~~false~~ police report about plaintiff George Yanto. Written by Shon Brennan. Name shown in exhibit.

Defendant Will Markland creates a facebook group to harass plaintiff George Yanto. View in the 2nd exhibit. 5 pages in total.

Thanks for your cooperation in this matter.

Sincerely,
[signature]

George Yanto
Pro Se Plaintiff
1307 Stoney Creek Drive
Henrico, Virginia 23238

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was mailed this 23rd day of June, 2017 to _____ at _____.

_____ (sign)

George Yarfe (print)

Address
1307 Stoneycreek Drive
Richmond Virginia 23238