

United States District Court
For the Eastern District of Virginia
E-Noticing Registration Request for Pro Se Litigants

Case Number: 3/6 CV 756

Name: George Yarid

Address: 1307 Stoneycreek Drive
Richmond, VA 23238

Telephone Number: (804) 836-2016

Email Address: gorgeousgeorgeshow/atnetzero.com

The undersigned:
> Consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) via the Court's electronic filing system.
> Waives service and notice by first class mail of all electronically filed documents to include orders and judgments.
> Is responsible for immediately notifying the court in writing of any change of email address.
> Must be registered with PACER (www.pacer.gov).

Signature: [signature]  Date: 6/12/17

---

Court Use Only:

The request is GRANTED ✓ or DENIED ___

_____  6/28/17
(Judge's Signature)     (Date)

/s/
John A. Gibney, Jr.
United States District Judge