F I L E D

APR 3 0 2018

CLERK, U.S. DISTRICT
RICHMOND, VA

1
2                          **U.S. DISTRICT COURT**
3                    **EASTERN DISTRICT OF VIRGINIA**
4                          **RICHMOND DIVISION**
5    GEORGE YARID                          Case No.: 3:16-CV00756-JAG
6                    Plaintiffs,           **DEFENDANTS OPPOSITION TO**
                                           **PLAINTIFFS' MOTION FOR**
7          v.                              **EXTENSION OF TIME TO FILE**
                                           **RESPONSE (#85)**
8    BRENAN et al.
9                    Defendants.
10
11          AND NOW comes the Defendant, William Markland, who is proceeding as a *pro-*
12   *se* litigant, and file within the opposition to the plaintiffs' motion for extension of time to file
13
14   response (ECF #85)
15                          **BACKGROUND**
16     1.  Plaintiff George Alexander Yarid ("GAY") was served with a copy of the Defendants
17         Motion For Summary Judgment on April 09th, 2018. (ECF #84) Therefore, the
18
           Plaintiffs responsive pleading is currently due on or before April 30th, 2018. Fed R.
19
20         Civ.P.12(a)(2).
21     2.  On April 26th, 2018, Plaintiff GAY filed a Motion for an Extension of Time to
22         Respond to the Motion for Summary Judgment (ECF #84), requesting this court to
23         extend Plaintiffs' time for filing a responsive pleading to the motion by 15 days, until
24
25         May 15th,2018. Because Plaintiffs filed their motion before the original time to file a
26         responsive pleading expired, this court may extend the time for Plaintiffs to file a
27         responsive pleading for good cause. Fed.R.Civ.P.6(b)(1)(A).
28

3. In GAY's motion, Plaintiff claims they need additional time to prepare their responsive pleading because the Plaintiff is proceeding *pro se* and not represented by Counsel at this time.

4. GAY also claims he is pursuing to challenge the Defendants motion with case law and objections.

### HISTORY OF EXTENSIONS GRANTED TO PLAINTIFF

5. The Plaintiff throughout this entire litigation has consistently abused the courts system to obtain extensions and has sought to prolong the vexatious nature of this litigation as a mere retaliatory tool against the Defendants.

6. GAY requested an extension from the court on October 13th, 2016 (ECF #5) for the exact same reason as he now comes before the court "Preparation of Case Law" this motion was not opposed and was granted by the honorable court.

7. GAY requested an extension from the court on March 2nd, 2017 (ECF #13) for similar reasons as previously requested and that GAY works long shifts as a Taxi Driver, this motion was not opposed and was granted by the honorable court.

8. GAY requested an extension from the court on May 26th, 2017 (ECF #41) yet again asking for more time so that GAY could conduct research and prepare a cognizable response. This motion was not opposed and was granted by the honorable court.

9. GAY requested an extension from the court on August 9th, 2017 (ECF #60) due to recent personal developments and GAY being *"75 percent completed and need another week to finalize and have it completed"* this motion was not opposed and was granted by the honorable court.

## NO GOOD CAUSE FOR EXTENSION OF TIME

10. Plaintiff GAY shows no good cause why this court should grant him a 5th extension of time to carry out further research.

11. The honorable court should consider that GAY has been granted four previous extensions all based upon similar facts and requests. The court should also consider that GAY was granted Three attempts at filing this vexatious and frivolous complaint and even with the courts overwhelming and undeniable lenience, still failed to file his complaint correctly (ECF #59, #69)

## CLOSING STATEMENT

The Plaintiff merely seeks revenge upon the Defendants in this case and files spurious documents and motions in an attempt to prolong and draw out the entire process, Indeed the Plaintiff still to this day fails to acknowledge that parts of this complaint have been dismissed WITH PREJUDICE. The Defendant asks that the honorable court move to deny the Plaintiffs motion for an extension of time and rule upon the outstanding motions which will see this complaint dismissed, and the courts valuable resources be freed from the Plaintiffs clear abuse of the honorable court.

DATE: ___4/27/18___          SIGN NAME: _____

PRINT NAME: WILLIAM MARKLAND

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies
that a true and complete copy of the
foregoing
Motion for Default Judgment was duly
served, via US Mail, Postage Pre-Paid,
and via e-mail,
on ___27TH___ day of April, 2018, upon:

**Mr. George Yarid**
**Pro se Plaintiff**
**1307 Stoney Creek Drive**
**Henrico, Virginia 23238**
**(804) 836-2016**

**Gorgeousgeorgeshow1@netzero.com**

___Will Markland
**Pro se Defendant**
**11271 Otsego Street**
**North Hollywood, California 91601**